IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN BRADLEY PETERS, SR., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 16-260 |
| | ) | |
| v. | ) | District Judge Arthur J. Schwab |
| | ) | Magistrate Judge Lisa Pupo Lenihan |
| JASON BROWN, KEVIN BICKLE, | ) | |
| WILLIAM GALLAGHER, DR. HOSNY | ) | |
| MIKHAIK, BROOKVILLE HOSPITAL, | ) | |
| OFFICER SPADER and JEFFERSON | ) | |
| COUNTY JAIL, | ) | ECF Nos. 17, 30, 42 |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

This civil action was commenced on March 7, 2016 when Plaintiff filed his Complaint against the above captioned Defendants. (ECF No. 1.) The case was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. §636(b)(1), and Local Rules of Court 72.C and 72.D.

The Magistrate Judge's Report and Recommendation (ECF No. 42), filed on April 13, 2017, recommended that the Motions to Dismiss (ECF Nos. 17 & 30) filed by Defendant Brookville Hospital be granted. Service was made on Plaintiff via first class mail to his address of record; service was made on all counsel of record via CM/ECF electronic mail. The parties were informed that in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.D.2 of the Local Rules of Court, that they had fourteen (14) days to file any objections, and that unregistered ECF users were given an additional three (3) days pursuant to Federal Rule of Civil Procedure 6(d). No objections have been filed to the Report and Recommendation.

After review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

**AND NOW**, this 3rd day of May, 2017,

**IT IS HEREBY ORDERED** that the Motions to Dismiss (ECF Nos. 17 & 30) filed by Defendant Brookville Hospital are **GRANTED.**

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 42) of Magistrate Judge Lenihan, dated April 13, 2017, is adopted as the opinion of the Court.

BY THE COURT:

s/Arthur J. Schwab
ARTHUR J. SCHWAB
United States District Judge

cc: John Bradley Peters, Sr.
6260 Heverly Boulevard
Coalport, PA 16627

All Counsel of Record
*Via CM/ECF Electronic Filing*